# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROBERT ANDERSON,

    Plaintiff,

v.

CLINTON TOWNSHIP POLICE DEPARTMENT, et al.,

    Defendants.

Case No. 18-11291
Hon. Terrence G. Berg

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 28)

This matter is before the Court on Magistrate Judge Stephanie Dawkins Davis' September 12, 2018 Report and Recommendation (Dkt. 28), recommending that Defendant's Motion to Set Aside Entry of Default (Dkt. 21) be GRANTED, Defendants' Motion to Dismiss (Dkt. 21) be DENIED as premature, Defendant's request for a surety bond be DENIED, and that Plaintiff be given an additional 20 days to effectuate proper service.

1

The Court has reviewed the Magistrate Judge's Report and Recommendation. Either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). The Court therefore accepts the Magistrate's Report and Recommendation of September 12, 2018 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Davis' Report and Recommendation of September 12, 2018 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendant's Motion to Set Aside Entry of Default is **GRANTED**, Defendants' Motion to Dismiss is **DENIED** as premature, Defendant's request for a surety bond is **DENIED**. Plaintiff shall have 20 days

from the date of entry of this order to effectuate service upon Defendant pursuant to Fed. R. Civ. P. 4(e).

**SO ORDERED.**

| | |
|---|---|
| Dated: October 29, 2018 | s/Terrence G. Berg<br>TERRENCE G. BERG<br>UNITED STATES DISTRICT JUDGE |

**Certificate of Service**

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on October 29, 2018.

s/A. Chubb<br>Case Manager