# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT ANDERSON**, <br><br> Plaintiff, <br><br> vs. <br><br> **CLINTON TOWNSHIP POLICE DEPARTMENT**, et al., <br><br> Defendants. | 18-11291 <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING DEFENDANTS ANDREW JOHNSON AND WILLY GILMORE WITHOUT PREJUDICE** |

This matter is before the Court on Magistrate Judge Stephanie Dawkins Davis' May 30, 2019 Report and Recommendation (ECF No. 53), recommending that Defendants Andrew Johnson and Willy Gilmore be dismissed from this suit without prejudice.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the

report, the district court is not obligated to independently review the record. *See Thomas v. Arn,* 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of May 30, 2019 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Davis's Report and Recommendation of May 30, 2019 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendants Andrew Johnson and Willy Gilmore are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

DATED June 28, 2019.

                                      BY THE COURT:

                                      /s/Terrence G. Berg
                                      TERRENCE G. BERG
                                      United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, June 28, 2019, by electronic and/or ordinary mail.

                                                S/A. Chubb
                                                Case Manager and Deputy Clerk